# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:98cr187 - 1 |
| | ) | 1:98cr411 - 4 |
| Plaintiff, | ) | |
| | ) | Judge Dan A. Polster |
| - vs - | ) | |
| | ) | **ORDER** |
| CORNELIUS MOORER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on January 7, 2009, upon the request of the probation office for a finding that the defendant violated the conditions of his supervised release. A petition was presented for action of the Court and for cause as referenced on the 3/14/08 violation report.

The defendant was present, represented by counsel, and admitted to the violations. The Court therefore finds that the defendant violated the conditions of his supervised release. Upon consideration, the defendant's term of supervised release is revoked. The defendant is hereby sentenced to 27 months custody of the U.S. Bureau of Prisons. The first 15 months shall run concurrent to the defendant's state sentence, the balance of 12 months shall run consecutive. No further supervision is ordered. The defendant is granted credit for time in federal custody.

IT IS SO ORDERED.

/s/Dan Aaron Polster 1/9/09
Dan Aaron Polster
U. S. District Judge